UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYBACK FRANCHISING LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MGHA RESTAURANTS, INC., a terminated California corporation; MOSA GAZALI, an individual; HUSEIN ALAMOODI, an individual; MSB MAIN STREET INC., a California corporation; KHALID ABDULQAWAI, an individual; OMAR ABDULQAWAI, an individual; GM FARM HOLDINGS, LLC, a California limited liability company; and DANA BUTCHER ASSOCIATES, a California corporation,<br><br>Defendants. | Case No.  1:25-cv-00318-KES-BAM<br><br>ORDER DIRECTING CLERK OF COURT TO AMEND CAPTION AND UPDATE DOCKET<br><br>(Doc. 24) |

On June 30, 2025, Plaintiff Jake's Franchising, LLC, a Delaware limited liability company, doing business as Wayback Burgers, filed a Notice of Name Change of Plaintiff in this action. (Doc. 24.) The Plaintiff has changed its name to Wayback Franchising LLC, a Delaware limited liability company. The Clerk of the Court is therefore directed to amend the caption as reflected above and update the docket accordingly.

IT IS SO ORDERED.

Dated: **July 2, 2025**          /s/ *Barbara A. McAuliffe*          _
                                 UNITED STATES MAGISTRATE JUDGE

1