MICHAEL B. IJAMS, CA STATE BAR NO. 84150
LINDSAY I. WALCZAK, CA STATE BAR NO. 318438
BERLINER COHEN, LLP
1601 I STREET, FIFTH FLOOR
MODESTO, CALIFORNIA 95354-1128
TELEPHONE: (209) 576-0111
FACSIMILE: (209) 576-1076
michael.ijams@berliner.com
lindsay.walczak@berliner.com

ATTORNEYS FOR DEFENDANTS
GM FARM HOLDINGS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| WAYBACK FRANCHISING LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>      v.<br><br>MGHA RESTAURANTS, INC., a terminated California corporation; MOSA GAZALI, an individual; HUSEIN ALAMOODI, an individual; MSG MAIN STREET INC., a California corporation; KHALID ABDULQAWAI, an individual; OMAR ABDULQAWAI, an individual; GM FARM HOLDINGS, LLC, a California limited liability company; and DANA BUTCHER ASSOCIATES, a California corporation,<br><br>            Defendants. | CASE NO. 1:25-CV-00318-KES-BAM<br><br>[PROPOSED] STIPULATION AND ORDER FOR DEFENDANT AND CROSS-CLAIMANT GM FARM HOLDINGS, LLC TO FILE ITS FIRST AMENDED CROSSCLAIM |

-1-

4901-4217-1506v1
MIJAMS\31247002

[PROPOSED] STIPULATION AND ORDER FOR DEFENDANT AND CROSS-CLAIMANT GM FARM HOLDINGS, LLC TO FILE
ITS FIRST AMENDED CROSSCLAIM

|   |   |
|---|---|
| GM FARM HOLDINGS, LLC, a California limited liability company, | |
| Cross-Claimant, | |
| v. | |
| DANA BUTCHER ASSOCIATES, a California corporation; MOSA GAZALI, an individual; HUSEIN ALAMOODI, an individual; WALEED ABDULQAWI, an individual; HAFED ALWAJIH, an individual; KHALID ABDULQAWI, an individual; and OMAR ABDULQAWI, an individual, | |
| Cross-Defendants. | |
| AND ALL RELATED CROSS–ACTIONS | |

ALL PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE AND AGREE AS FOLLOWS:

1) Defendant and Crossclaimant GM Farm Holdings, LLC, intends to make technical corrections to its crossclaim. Those changes are limited to the "Third Crossclaim for Relief" and the prayer. Neither the numbering of the paragraphs in the amended crossclaim nor the exhibits will change.

2) Counsel for all parties have reviewed the proposed first amended crossclaim, and stipulate that it may be filed as provided in this stipulation and order.

3) Defendant and Crossclaimant GM Farm Holdings, LLC, may file its first amended crossclaim in the form attached hereto as Exhibit A, with all exhibits to the first amended crossclaim being identical to those attached to the original crossclaim.

4) In order to avoid unnecessary time and expense, the answer of each cross-defendant to the original crossclaim will be deemed to be their answer to the first amended crossclaim unless a cross-defendant files a new answer to the first amended crossclaim within the time period prescribed by F.R.Civ.P 12(a)(1)(B).

-2-

[PROPOSED] STIPULATION AND ORDER FOR DEFENDANT AND CROSS-CLAIMANT GM FARM HOLDINGS, LLC TO FILE ITS FIRST AMENDED CROSSCLAIM

4901-4217-1506v1
MIJAMS\31247002

**IT IS SO STIPULATED AND AGREED:**

DATED: OCTOBER 28, 2025          COLEMAN & HOROWITT, LLP

                                 BY: /s/ SHERRIE FLYNN
                                     DARRYL J. HOROWITT
                                     SHERRIE FLYNN
                                     AISHA O. OTORI
                                     ATTORNEYS FOR PLAINTIFF,
                                     WAYBACK FRANCHISING LLC, A DELAWARE
                                     LIMITED LIABILITY

DATED: OCTOBER 28, 2025          ZELMS ERLICH LENKOV

                                 BY: /s/ CURTIS A. GOLE
                                     CURTIS A. GOLE
                                     RINAT KLIER ERLICH
                                     ATTORNEYS FOR DEFENDANT,
                                     DANA BUTCHER ASSOCIATES

DATED: OCTOBER 28, 2025          LAW OFFICE OF LANCE E. ARMO

                                 BY: /s/ LANCE ARMO
                                     LANCE E. ARMO
                                     PAUL S. ARMO
                                     ATTORNEYS FOR DEFENDANTS, MGHA
                                     RESTAURANTS, INC., MOSA GAZALI, HUSEIN
                                     ALAMOODI, KHALID ABDULDQAWAI, OMAR
                                     ABDULQAWAI, AND MSB MAIN STREET INC.

DATED: OCTOBER 28, 2025          BERLINER COHEN, LLP

                                 BY: /s/ MICHAEL B. IJAMS
                                     MICHAEL B. IJAMS
                                     LINDSAY I. WALCZAK
                                     ATTORNEYS FOR DEFENDANT/CROSS CLAIMANT
                                     GM FARM HOLDINGS, LLC

**ORDER**

The Court having reviewed the stipulation of the parties, and good cause appearing, **IT IS SO ORDERED**. It appears that all parties have reviewed the first amended crossclaim and stipulate that it may be filed. Defendant and Crossclaimant GM Farm Holdings, LLC, may file its first amended crossclaim within five days of the entry of this order. The first amended crossclaim must be full and complete in and of itself, including all exhibits, without reference to the prior or superseded pleading. Local Rule 220.

IT IS SO ORDERED.

Dated: __**October 30, 2025**__    ____/s/ *Barbara A. McAuliffe*____
UNITED STATES MAGISTRATE JUDGE

-4-

4901-4217-1506v1
MIJAMS\31247002

[PROPOSED] STIPULATION AND ORDER FOR DEFENDANT AND CROSS-CLAIMANT GM FARM HOLDINGS, LLC TO FILE ITS FIRST AMENDED CROSSCLAIM