UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYBACK FRANCHISING LLC, a Delaware limited liability company.<br><br>Plaintiff,<br><br>v.<br><br>MGHA RESTURANTS, INC., et al.<br><br>Defendants. | Case No. 1:25-cv-00318-KES-FJS<br><br>ORDER RE: STIPULATION TO MODIFY DISCOVERY SCHEDULE<br><br>(ECF No. 63) |

On May 28, 2026, the parties filed their joint stipulation to modify the discovery schedule. (*See* ECF No. 63.) After consideration of relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the court; good cause appearing therefore, and in furtherance of the interests of justice, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

1) The non-expert discovery deadline currently set for June 30, 2026, is continued to September 2, 2026;

2) The expert disclosures deadline currently set for September 4, 2026, is continued to October 2, 2026;

3) The supplemental expert disclosures deadline currently set for October 26, 2026, is continued to November 2, 2026;

4) The expert discovery deadline currently set for December 11, 2026, is continued to December 16, 2026;

5) All other dates in the court's scheduling order (ECF No. 37) remain unchanged.

The dates set in this order are deliberate and will not be modified, absent a showing of good cause even if the request to modify is made by stipulation. Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and, where appropriate, attached exhibits that establish good cause for granting the relief requested.

IT IS SO ORDERED.

Dated:   **May 29, 2026**

_____
UNITED STATES MAGISTRATE JUDGE