# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYBACK FRANCHISING LLC, | Case No. 1:25-cv-00318-KES-FJS |
| Plaintiff, | ORDER DENYING MOTION FOR REMOTE APPEARANCE |
| v. | (ECF No. 65) |
| MGHA RESTAURANTS, INC, et al. | |
| Defendants. | |

An in-person settlement conference is set for June 22, 2026, at 9:30 a.m. in Courtroom 9 before the undersigned. (ECF No. 62.) On June 3, 2026, counsel for Defendant Dana Butcher Associates filed a motion requesting that they be permitted to appear virtually. The Court's current practice is for attorneys who will try the case to appear in-person at the settlement conference with the parties *and* the person or persons having full authority to negotiate and settle the case on any terms at the conference. Accordingly, it is HEREBY ORDERED that the motion to appear remotely at the settlement conference is DENIED.

IT IS SO ORDERED.

Dated:  **June 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge