UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYBACK FRANCHISING LLC.,

Plaintiff,

v.

MGHA RESTURANTS INC., et al.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:25-CV-00318-KES-FJS

ORDER DISCHARGING ORDERS TO SHOW CAUSE

(ECF Nos. 57; 58; 59)

On March 16, 2026, the court granted the motion of Law Offices of Lance E. Armo to be relieved as attorney of record for Defendants and Cross-Defendants: MGHA Restaurants, Inc., MSB Main Street Inc., Husein Alamoodi, Khalid Abdulqawai, Mosa Gazali, Omar Abdulqawai, Waleed Abdulqawai, and Hafed Alwajih (collectively, "Defendants"). (ECF No. 55.)

On May 6, 2026, the court ordered the following Defendants to show cause why default judgment should not be entered against them for failure to comply with the court's March 16, 2026, order, failure to defend this action, and failure to retain new counsel (ECF No. 55): (1) MSB Main Street Inc., (2) MGHA Restaurants, Inc., and (3) Khalid Abdulqawai. In the alternative, the undersigned, permitted these three Defendants to file a status report through its new counsel updating the court and stating its position on Plaintiff's request for a status conference. (*See* ECF Nos. 57; 58; 59.)

On May 12, 2026, counsel Brian K. Cuttone of Cuttone & Associates filed a notice of appearance for Defendants MGHA Restaurants Inc., MSB Main Street Inc., Khalid Abdulqawai, Husein Alamoodi, Mosa Gazali, and Omar Abdulqawai. (ECF No. 60.) On May 14, 2026, counsel Brian K. Cuttone filed a notice of appearance for the remaining unrepresented Defendants, specifically, Waleed Abdulqawai and Hafed Alwajih. (ECF No. 61.) Currently, the parties are ordered to appear for an in-person settlement conference at 9:30 AM in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone. (ECF No 62.)

On June 5, 2026, Defendants MSB Main Street Inc., Khalid Abdulqawai, and MGHA Restaurant Inc., filed their response to the court's order to show cause. (ECF No. 67.) This report provides the court with the required update regarding Defendants' new counsel in this matter and their agreement to participate in a status conference in this matter. (*Id.*) Based on Defendant's response to the order to show cause, the court shall discharge the May 6, 2026, orders to show cause (ECF Nos. 57; 58; 59.)

Accordingly, IT IS HEREBY ORDERED that the orders to show cause issued May 6, 2026, are DISCHARGED.

IT IS SO ORDERED.

Dated:   **June 10, 2026**

_____
UNITED STATES MAGISTRATE JUDGE