# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYBACK FRANCHISING LLC, | Case No. 1:25-cv-00318-KES-FJS |
| Plaintiff, | ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |
| v. | |
| MGHA RESTAURANTS, INC, et al. | **FORTY-FIVE DAY DEADLINE** |
| Defendants. | |

The Court conducted a settlement conference in this action before the undersigned on June 22, 2026, at which the parties reached a settlement. Therefore, the Court will vacate all dates and order the parties to file dispositive documents within forty-five (45) days.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositional documents within **forty-five (45) days** of entry of this order. Any request for an extension for filing dispositional documents must be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **June 22, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge